CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/5/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

LISA DWYER,

  Plaintiff,

v.                                        Civil Action No.  **6:24CV00006**

TRACTOR SUPPLY COMPANY,

  Defendant.

## DEFENDANT TRACTOR SUPPLY COMPANY'S NOTICE OF REMOVAL

Defendant Tractor Supply Company pursuant to 28 U.S.C. §1441 and 1446, files this Notice of Removal to remove this action from the Circuit Court for the County of Bedford, Commonwealth of Virginia, captioned *Lisa Dwyer v. Tractor Supply Company*, Case No. CL24000060-00.  In support, Tractor Supply Company states as follows:

### TIMELINESS OF REMOVAL

1. On January 5, 2024, Plaintiff Lisa Dwyer filed a Complaint in the Circuit Court for the County of Bedford, captioned *Lisa Dwyer v. Tractor Supply Company*, Case No. CL24000060-00.  A copy of the Complaint is attached hereto as **Exhibit A**.

2. Tractor Supply Company was served the Summons and Complaint on January 16, 2024.

3. Tractor Supply Company filed this Notice of Removal within thirty (30) days after service of the Summons and Complaint on Tractor Supply Company.  Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4. Tractor Supply Company has attached a copy of all process, pleadings, order, and other documents on file with the Circuit Court for the County of Bedford, Commonwealth of Virginia.

## GROUNDS FOR REMOVAL

5. Tractor Supply Company submits to this Court that it has original jurisdiction and it invokes the diversity jurisdiction of this Court as provided in 28 U.S.C. § 1332.

6. Specifically, Plaintiff is allegedly a resident of the Commonwealth of Virginia. Complaint ¶ 1.

7. Tractor Supply Company is organized under the laws of the state of Delaware and has its principal place of business in the state of Tennessee.

8. Plaintiff seeks to recover against Tractor Supply Company for an alleged slip and fall incident. The Complaint seeks $950,000.00 in compensatory damages.

9. This Court has removal jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the plaintiff and the defendant and the amount in controversy exceeds $75, 0000.00, exclusive of interest and costs.

10. Since this Court has diversity jurisdiction over this matter, it also has jurisdiction over any remaining claims contained in Plaintiff's Complaint under 28 U.S.C. § 1441(c) and/or under the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367.

## NOTICE OF REMOVAL TO STATE COURT AND TO ADVERSE PARTIES

11. Written notice of the filing of this Notice of Removal will promptly be served on all parties as required by 28 U.S.C. § 1446(d).

12. Tractor Supply Company will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court for the County of Bedford, Virginia, as required by 28 U.S.C. § 1446(d).

## **VENUE**

13. Venue of this action in the United States District Court for the Western District of Virginia, Lynchburg Division is proper, as this is the district and division in which the State court action is pending. 28 U.S.C. §§ 1446(a) and 1454(a).

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Tractor Supply Company, by counsel, respectfully requests that this civil action be removed from the Circuit Court for the County of Bedford, Virginia, to the United States District Court for the Western District of Virginia, Lynchburg Division.

**TRACTOR SUPPLY COMPANY**

By Counsel

 s/Elizabeth O. Papoulakos
John R. Owen (VSB No. 39560)
Elizabeth O. Papoulakos (VSB No. 89468)
P. Bradenham Michelle, IV (VSB No. 92406)
Imani E. Sowell (VSB No. 95982)
Counsel for Tractor Supply Company
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
epapoulakos@hccw.com
bmichelle@hccw.com
isowell@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 5th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Bettina C. Altizer, Esq.
    VSB No. 31753
    Altizer Law, P.C.
    324 Washington Avenue, SW
    Roanoke, VA 24016
    540-345-2000 - Phone
    540-345-4490 - Fax
    baltizer@altizerlaw.com
    carolyn@altizerlaw.com
    diane@altizerlaw.com

    Mindi M. Aguirre, Esq.
    VSB No. 95978
    Altizer Law, P.C.
    324 Washington Avenue, SW
    Roanoke, VA 24016
    540-345-2000 - Phone
    540-345-4490 - Fax
    maguirre@altizerlaw.com

    <u>s/Elizabeth O. Papoulakos</u>
    John R. Owen (VSB No. 39560)
    Elizabeth O. Papoulakos (VSB No. 89468)
    P. Bradenham Michelle, IV (VSB No. 92406)
    Imani E. Sowell (VSB No. 95982)
    Counsel for Tractor Supply Company
    Harman, Claytor, Corrigan & Wellman
    P.O. Box 70280
    Richmond, Virginia  23255
    804-747-5200 - Phone
    804-747-6085 - Fax
    jowen@hccw.com
    epapoulakos@hccw.com
    bmichelle@hccw.com
    isowell@hccw.com